DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID B. KIRKLAND** and **DIANE KIRKLAND,**
Appellants,

v.

**CARRINGTON MORTGAGE SERVICES, LLC,** and **RIVER PARK NEIGHBORHOOD ASSOCIATION, INC.,**
Appellees.

No. 4D21-3215

[October 13, 2022]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Laurie E. Buchanan, Judge; L.T. Case No. 2019CA000729.

Michael Vater, Garrett Kesl, Raymond Pereira, and Edner J. Geffrard of The Ticktin Law Group, Deerfield Beach, for appellants.

Nancy M. Wallace of Akerman LLP, Tallahassee, and William P. Heller of Akerman LLP, Fort Lauderdale, for appellee Carrington Mortgage Services, LLC.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***